Karl L. PEDERSEN, Libellant-Appellant,

v.

THE BULKLUBE, her engine, tackle, appurtenances, etc., Claimant-Respondent-Appellee,

and

Todd Shipyards Corporation, Respondent-Impleaded-Appellee.

No. 179, Docket 25714.

United States Court of Appeals
Second Circuit.

Argued Feb. 4, 1960.

Decided Feb. 26, 1960.

Herbert Lebovici, New York City (Lebovici & Safir, New York City, on the brief), for libellant-appellant.

Victor S. Cichanowicz, New York City (Paul M. Jones and Cichanowicz & Callan, New York City, on the brief), for claimant-appellee.

Patrick E. Gibbons, New York City (Galli, Terhune, Gibbons & Mulvehill, New York City, on the brief), for impleaded-respondent.

Before MEDINA and WATERMAN, Circuit Judges, and MADDEN, Judge, United States Court of Claims.*

PER CURIAM.

The decree is affirmed on the opinion of Judge Zavatt, 170 F.Supp. 462.

OLDHAM CLARKE, Trustee for Debtor, Frank Fehr Brewing Co., Appellant,

v.

UNITED STATES of America,
Appellee.

No. 13774.

United States Court of Appeals
Sixth Circuit.

Jan. 15, 1960.

McElwain, Dinning, Clarke & Winstead, and Greenebaum, Barnett, Wood & Doll, Louisville, Ky., for appellant.

Charles K. Rice, Lee A. Jackson, I. Henry Kutz and Sharon L. King, Dept. of Justice, Washington, D. C., J. Leonard Walker, Wm. B. Jones and Charles M. Allen, Asst. U. S. Attys., Louisville, Ky., for appellee.

Before McALLISTER, Chief Judge, and MARTIN and CECIL, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard on the record, the briefs of the parties, and the argument of counsel in open court, and the court being duly advised:

Now, therefore, it is ordered, adjudged and decreed that the judgment of the District Court be, and is hereby affirmed on the opinion of Judge Shelbourne, reported in In re Frank Fehr Brewing Co., 160 F.Supp. 631.

* Sitting by designation.